**Dismissed and Memorandum Opinion filed January 26, 2021.**



In The

## Fourteenth Court of Appeals

---

### NO. 14-20-00711-CV

---

### AUDREY MARIE ALLEN A/K/A AUDREY RICHARDSON, Appellant

### V.

### BRIDGECREST ACCEPTANCE CORPORATION, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1129883**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed February 10, 2020. The clerk's record was filed November 4, 2020. No brief was filed.

On December 10, 2020, this court issued an order stating that unless appellant filed a brief on or before January 4, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is dismissed.

PER CURIAM


Panel consists of Justices Bourliot, Zimmerer, and Spain.